WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

UNITED BANK

*Plaintiff*

V.

ALLEGHENY WOOD PRODUCTS, INC., et al

*Defendant*

Case No. 2:24-cv-00003

## NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interested Party Aurora Sustainable Lands LLC.

Date: 03/06/2024

/s/ Andrew B. Cooke

*Attorney's signature*

Andrew B. Cooke (WVSB #6564)

*Printed name and bar number*

Thomas Combs & Spann, PLLC
P.O. Box 3824
Charleston, WV  25338

*Address*

acooke@tcspllc.com

*E-mail address*

304.414.1800

*Telephone number*

304.414.1801

*FAX number*