WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT

for the
Northern District of West Virginia

**UNITED BANK**

*Plaintiff*

V.                                                  Case No.  2:24-cv-3

**ALLEGHENY WOOD PRODUCTS, INC.,et al**

*Defendant*

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To:      The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Crites, II                                                                            .

Date 03/28/2024                                    **/s/ Jonathan S. Deem**

                                                                *Attorney's signature*

                                                  **Jonathan S. Deem (WVSB  #10344)**

                                                  *Printed name and bar number*

                                                  Bailey & Glasser LLP
                                                  1055 Thomas Jefferson St, NW
                                                  Suite 540
                                                  Washington, DC 20007

                                                                *Address*

                                                  jdeem@baileyglasser.com

                                                                *E-mail address*

                                                  202-463-2101

                                                                *Telephone number*

                                                  202-463-2103

                                                                *FAX number*