# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED BANK<br>11185 Fairfax Boulevard<br>Fairfax, VA 22023<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY WOOD PRODUCTS, INC.<br>240 Airport Rd.<br>Petersburg, WV 26847<br><br>and<br><br>ALLEGHENY WOOD PRODUCTS<br>INTERNATIONAL, INC.<br>240 Airport Road<br>Petersburg, WV 26847<br><br>and<br><br>ALLEGHENY WOOD TIMBER<br>PRODUCTS, LLC<br>240 Airport Road<br>Petersburg, WV 26847<br><br>and<br><br>John W. Crites, II<br>417 Point Drive<br>Petersburg, WV 26847<br><br>Defendants. | Case No. 2:24-cv-03<br><br>(Judge Kleeh) |

**SECOND STIPULATED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, Allegheny Wood Products, Inc., Allegheny Wood Products International, Inc.,

Allegheny Wood Timber Products, LLC, and John W. Crites, II (collectively, "Defendants"), and

Plaintiff, United Bank ("Plaintiff" and together, "the Parties") hereby stipulate and move this Court

1

to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint filed March 5, 2024 (as subsequently amended, the "Complaint").

The Parties agree and stipulate that Defendants' time to answer or otherwise respond to the Complaint shall be extended to and include October 1, 2024.

Respectfully submitted this 13th day of August, 2024.

/s/ *Michael M. Beal*
Seth P. Hayes, Esq. (WVSB #10381)
Jackson Kelly PLLC
3000 Swiss Pine Way, Suite 200
Morgantown, WV 26501
Telephone: 304-284-4100
shayes@jacksonkelly.com

Michael M. Beal, Esq. (USDC #1253)
Beal, LLC
1301 Gervais Street, Suite 1040
Columbia, SC 29201
Telephone: 803-728-0803
mbeal@bealLLC.com

*Counsel for Plaintiff*

/s/*Marc R. Weintraub*
Marc R. Weintraub, Esq. (WVSB #8055)
Stinson LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33062
Telephone: 813-534-7550
marc.weintraub@stinson.com

*Counsel for Allegheny Wood Products, Inc., Allegheny Wood Products International, Inc.,* and *Allegheny Wood Timber Products, LLC*

/s/*Jonathan S. Deem*
Jonathan S. Deem, Esq. (WVSB #10344)
Bailey & Glasser
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
Telephone: 202-463-2101
jdeem@baileyglasser.com

Jonathan D. Boggs, Esq. (WVSB #7927)
209 Capitol Street
Charleston, WV 25301
Telephone: 304-414-3191
jboggs@baileyglasser.com

*Counsel for John W. Crites, II*