# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| UNITED BANK<br>11185 Fairfax Boulevard<br>Fairfax, VA 22023 | )<br>)<br>)<br>) | Case No. 2:24-cv-03<br><br>(Judge Kleeh) |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| ALLEGHENY WOOD PRODUCTS, INC.<br>240 Airport Rd.<br>Petersburg, WV 26847 | )<br>)<br>)<br>) | |
| and | )<br>) | |
| ALLEGHENY WOOD PRODUCTS<br>INTERNATIONAL, INC.<br>240 Airport Road<br>Petersburg, WV 26847 | )<br>)<br>)<br>)<br>) | |
| and | )<br>) | |
| ALLEGHENY WOOD TIMBER<br>PRODUCTS, LLC<br>240 Airport Road<br>Petersburg, WV 26847 | )<br>)<br>)<br>)<br>) | |
| and | )<br>) | |
| John W. Crites, II<br>417 Point Drive<br>Petersburg, WV 26847 | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER GRANTING SECOND STIPULATED MOTION TO
## EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pending before the Court is a *Second Stipulated Motion to Extend Time to Answer or Otherwise Respond to* Complaint (the "Motion") filed by the Parties.[1] The Court, having

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

1

considered the motion and, for good cause, hereby **GRANTS** the motion and **ORDERS** that Defendants may answer or otherwise respond to the Complaint on or before October 1, 2024.

    **IT IS SO ORDERED**.

_____

Hon. Thomas S. Kleeh